1 | ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
2 | San Diego, California 92101
Telephone: (619) 233-7521
3 | Facsimile: (619) 233-4516

4 | Attorney for Material Witness, Elizabeth CHAVEZ-Sanchez

5

6 | **UNITED STATES DISTRICT COURT**

7 | **SOUTHERN DISTRICT OF CALIFORNIA**

8

9 | UNITED STATES OF AMERICA,          )   Magistrate Case No:  07MJ0163
                                       )                         07CR0251 GT
10 |            Plaintiff,             )
                                       )   Order to Exonerate the Appearance Bond for
11 |                                   )   the Material Witness and Disburse the Bond
     vs.                               )   Funds
12 |                                   )
     JOSE ROBLES-CORTEZ,              )
13 |                                   )
                                       )
14 |            Defendant.            )
    _____

15

16

17 |                              ORDER

18 |        IT IS ORDERED that the personal surety bond for $5,000.00, which secured the

19 | presence of material witness Elizabeth CHAVEZ-Sanchez is exonerated.

20 |        IT IS FURTHER ORDERED that the Clerk of the District Court shall release and

21 | disburse the $500.00 held in the Registry of the Court to the surety:

22

23 |        **Jose Luis Rosales-Monzon**

24 |        **1450 Toberman Street**
          **Los Angeles, CA 90015**

25

26

27 | Dated: March 12, 2007

28 |                                    U. S. Magistrate Judge

                                    - 1 -

Order to Exonerate the Appearance Bond for the Material Witness

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28